# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5242** **September Term, 2025**

**1:23-cv-00614-BAH**

**Filed On: November 5, 2025** **[2143926]**

Gordon College,

Appellant

v.

United States Small Business Administration, et al.,

Appellees

## <u>O R D E R</u>

Upon consideration of appellant's consent motion to extend or stay briefing schedule for settlement discussions, it is

**ORDERED** that the motion be granted to the extent and this case is hereby held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in this case within 10 days of the date that appropriations are restored and the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk