# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5242**                                              **September Term, 2025**

1:23-cv-00614-BAH

Filed On: November 17, 2025 [2145658]

Gordon College,

       Appellant

     v.

United States Small Business
Administration, et al.,

       Appellees

**O R D E R**

Upon consideration of the joint motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case continues to remain held in abeyance pending further order of the court.

The parties are directed to file status reports at 60-day intervals beginning January 16, 2026.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the conclusion of settlement proceedings.

                                                           **FOR THE COURT:**
                                                           Clifton B. Cislak, Clerk

                                 BY:    /s/
                                             Michael C. McGrail
                                             Deputy Clerk