IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| GORDON COLLEGE,<br><br>Appellant,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*,<br><br>Appellees. | No. 25-5242 |

**STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL**

In accordance with the terms of a settlement agreement between the parties, appellant and appellees hereby jointly dismiss, with prejudice, the above-captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b). Each side will bear its own costs and legal fees.

Respectfully submitted,

J. MATTHEW SZYMANSKI
/s/ *J. Matthew Szymanski*
SCOTT J. WARD
*Gammon & Grange, P.C.*
*1945 Old Gallows Rd., #650*
*Vienna, VA 22182*
*JMS@gg-law.com*
*(949) 374-2215*
*SJW@gg-law.com*
*(703) 761-5012*

*Counsel for Appellant*

MICHAEL S. RAAB
/s/ *Cynthia Barmore*
CYNTHIA BARMORE
*Attorneys, Appellate Staff*
*Civil Division, Room 7541*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 598-0956*
*Cynthia.A.Barmore@usdoj.gov*

*Counsel for Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit through the appellate CM/ECF system. All participants in this case are registered CM/ECF users, and service will be accomplished through the CM/ECF system.

/s/ Cynthia Barmore_____
Cynthia Barmore
Counsel for Appellees